IN THE UNITED STATES DISTRICT
COURT FOR THE WESTERN DISTRICT
OF TEXAS WACO DIVISION

| | |
|---|---|
| LINDA BOULETTE and ERNEST P. BOULETTE, III<br>　　Plaintiffs,<br><br>v.<br><br>ETHICON INC. and JOHNSON & JOHNSON<br><br>　　Defendants. | Civil Action No. 6:20-cv-00031-ADA-JCM |

## JOINT MOTION FOR DISMISSAL WITH PREJUDICE

COME NOW Defendants Ethicon, Inc. and Johnson & Johnson ("Defendants") and Plaintiffs Linda Boulette and Ernest P. Boulette, III ("Plaintiffs") and move this Court for an order dismissing with prejudice all of Plaintiffs' claims asserted in this action against Defendants.

WHEREFORE, PREMISES CONSIDERED the parties respectfully request that Plaintiffs' claims against Defendants be dismissed with prejudice, and that the parties bear their own costs.

1

52778580.v1

RESPECTFULLY SUBMITTED, this the 27th day of April, 2020.

| | |
|---|---|
| */s/ Christopher Gomez* | */s/ Katie Fillmore* |
| Christopher Gomez | Christopher Cowan |
| Chris.Gomez@klinespecter.com | SDTX Bar No. 2303239 |
| *Admitted Pro Hac Vice* | Katie A. Fillmore |
| Lee B. Balefsky | SDTX Bar No. 3006880 |
| Lee.balefsky@klinespecter.com | Butler Snow LLP |
| *Admitted Pro Hac Vice* | 1400 Lavaca Street, Suite 1000 |
| Kline & Specter, P.C. | Austin, TX 78701 |
| 1525 Locust Street, 19th Floor | (737) 802-1800 |
| Philadelphia, PA 19102 | Chris.Cowan@butlersnow.com |
| (215) 772-0428 | Katie.Fillmore@butlersnow.com |
| | |
| **Attorney for Plaintiffs** | **Attorneys for Defendants** |

## CERTIFICATE OF CONFERENCE

I hereby certify that counsel for counsel for all parties have conferred and the parties agree to the relief sought in this motion.

*/s/ Katie Fillmore*
Katie Fillmore

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served on April 27, 2020 on counsel of record via the Court's CM/ECF system:

*/s/ Katie Fillmore*
Katie Fillmore

52778580.v1